IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1241-JLK**

**HOLLY LATOUR**,

        Plaintiff,

v.

**JASON EXUM, individually,**
**RACHELLE EXUM, individually, and**
**STANLEY LEE EXUM,**

        Defendants.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendant's Motion to Compel Arbitration (doc. #10), filed July 31, 2007, is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.1A.

    Likewise, Defendants' Motion for Extension of Time (doc. #12), also filed July 31, 2007, is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.1A.

Dated: August 1, 2007