IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1241-JLK**

**HOLLY LATOUR**,

       Plaintiff,

v.

**JASON EXUM, individually,**
**RACHELLE EXUM, individually, and**
**STANLEY LEE EXUM,**

       Defendants.

---

## ORDER

---

Kane, J.

      The Joint Motion to Hold Case is Abeyance Pending Mediation/Arbitration (doc. #19), filed September 7, 2007, is GRANTED.  This case shall be ADMINISTRATIVELY CLOSED pending arbitration, to be re-opened upon motion of the parties for further proceedings.

      Dated this 20th day of September, 2007.

                     BY THE COURT:

                     *S/John L. Kane*
                     John L. Kane, Senior Judge
                     United States District Court